Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Antonio Aceves, et al.,<br><br>Defendants. | CASE NO. CV 08-1378 LJO-DLB<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS ANTONIO ACEVES A/K/A ANTONIO BARRIENTOS ACEVES and MARIA DOLORES ACEVES, individually and d/b/a CIELITO LINDO RESTAURANT |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants ANTONIO ACEVES A/K/A ANTONIO BARRIENTOS ACEVES and MARIA DOLORES ACEVES, individually and d/b/a Cielito Lindo Restaurant, that the above-entitled action is hereby dismissed **without prejudice** against ANTONIO ACEVES A/K/A ANTONIO BARRIENTOS ACEVES and MARIA DOLORES ACEVES, individually and d/b/a Cielito Lindo Restaurant to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

///

STIPULATION OF DISMISSAL
CV 07-1378 LJO DLB
PAGE 1

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by January 10, 2010, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: January 23, 2009        s/ Thomas P. Riley
                               **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                               By:  Thomas P. Riley
                               Attorneys for Plaintiff
                               J & J SPORTS PRODUCTIONS, INC.


Dated: January 26, 2009        s/ Robert Williams
                               **PEREZ, WILLIAMS & MEDINA**
                               By: Robert G. Williams
                               Attorneys for Defendants
                               ANTONIO ACEVES A/K/A
                               ANTONIO BARRIENTOS ACEVES and
                               MARIA DOLORES ACEVES,
                               individually and d/b/a
                               CIELITO LINDO RESTAURANT


**IT IS SO ORDERED**:


/s/ LAWRENCE J O'NEIL_____        Dated: February  5, 2009
**The Honorable Lawrence J. O'Neill**
**United States District Court**
**Eastern District of California**

**STIPULATION OF DISMISSAL**
**CV 07-1378 LJO DLB**
**PAGE 2**

PDF created with pdfFactory trial version www.pdffactory.com